IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30839
Conference Calendar

_____


EDDY L. BEVINS; EDWARD F. BEVINS,

Plaintiffs,

EDWARD F. BEVINS,

Plaintiff-Appellant,

versus

GLYNN D. ROBERTS ET AL.,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-39
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]


Edward F. Bevins (Bevins) is the only plaintiff to appeal the dismissal of this suit. Eddy Bevins did not sign the notice of appeal and did not respond to the clerk of court's inquiry whether he wished to appeal. See Mikeska v. Collins, 928 F.2d 126, 126-27 (5th Cir. 1991). The complaint does not allege that

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Bevins suffered an injury because of any defendants' conduct; thus, he lacked standing in the district court and he lacks standing to appeal.  Bevins is not entitled to relief based on an alleged violation of his adult son's constitutional rights.  Hang On, Inc. v. City of Arlington, 65 F.3d 1248, 1251 (5th Cir. 1995).

APPEAL DISMISSED.